DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL C. MARSH,**
Appellant,

v.

**LATOYIA MARSH,**
Appellee.

No. 4D17-2844

[April 19, 2018]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 2015DR000853.

Michael C. Marsh, Vero Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***